JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREG ROSOLOWSKI, on Behalf of Himself and All Others Similarly Situated,<br><br>            Plaintiff,<br><br>       v.<br><br>MATCH.COM, L.L.C.,<br><br>            Defendant. | Case No. CV 13-01307 CAS (OPx)<br><br>**CLASS ACTION**<br><br>**[PROPOSED] ORDER DISMISSING ACTION WITH PREJUDICE AS TO PLAINTIFF GREG ROSOLOWSKI AND WITHOUT PREJUDICE AS TO THE PUTATIVE CLASS CLAIMS PURSUANT TO F.R.C.P. 41(a)** |

1 | Pursuant to the Stipulation for Dismissal filed by Plaintiff Greg Rosolowski ("Plaintiff") and Defendant Match.com, L.L.C. ("Match" or "Defendant") it is HEREBY ORDERED:

1. The action is dismissed as against Defendant Match.com, L.L.C. with prejudice and on the merits as to the claims of Plaintiff Greg Rosolowski, and without prejudice as to the claims of the putative class identified in Plaintiff's Complaint.

2. Each side will bear its own attorneys' fees and costs.

IT IS SO ORDERED.

Dated: May 10, 2013

_____
THE HONORABLE CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE